Robin K. Perkins, SBN 131252
Natalia D. Asbill-Bearor, SBN 281860
**PERKINS ASBILL, a Professional Law Corporation**
707 Commons Drive, Suite 201
Sacramento, California 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
robin@perkinsasbill.com

Attorneys for Plaintiff,
SONOMA SPECIALTY HOSPITAL, LLC

Ian S. Shelton, SBN 264863
**EVERSHEDS SUTHERLAND (US) LLP**
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 844-2965
Facsimile: (916) 241-0501
ianshelton@eversheds-sutherland.com

Lee A. Peifer (*admitted pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
leepeifer@eversheds-sutherland.com

Attorneys for Defendant,
SNAPMEDTECH, INC.
(d/b/a SNAPNURSE, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SONOMA SPECIALTY HOSPITAL, LLC, A LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br>vs.<br><br>SNAPMEDTECH, INC. (d/b/a SNAPNURSE, INC.), A DELAWARE CORPORATION<br><br>Defendant. | Case No.   **3:22-cv-03059-SK**<br><br>**The Honorable Sallie Kim**<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>**Courtroom:        C 15th Floor**<br>**Address:          U.S Courthouse**<br>**                  450 Golden Gate Ave.**<br>**                  San Francisco, CA 94102** |
| --- | --- |

The parties filed a joint stipulation informing the Court the that they have reached a settlement.  In accordance with that stipulation, this action is hereby conditionally dismissed without prejudice. However, if any party hereto certifies to this Court on or before October 10, 2024, with proof of service, that Plaintiff has not timely made any of the Installment Payments required by the Settlement Agreement, this order conditionally dismissing the action shall be

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916-446-2000

-1-
ORDER

1  vacated. At that time, the agreed Consent Judgment shall be filed and entered by the Court. If no

2  such certification with the agreed Consent Judgment is filed on or before October 10, 2024, this

3  action shall be deemed to have been dismissed with prejudice.

4       **IT IS SO ORDERED.**

5

6  DATED: October 30, 2023

Hon. Sallie Kim
United States Magistrate Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916-446-2000

-2-
ORDER